Argued and submitted March 5, reversed and remanded April 1, 2015

In the Matter of the Compensation of
Teri S. Prock, Claimant.

Teri S. PROCK,
*Petitioner,*

*v.*

SAIF CORPORATION
and South Hills Apartments -
Craig & Kristy Neubo,
*Respondents.*

Workers' Compensation Board
1104972; A154665

346 P3d 1311

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Julie Masters argued the cause and filed the brief for respondents.

Before Duncan, Presiding Judge, and Lagesen, Judge, and Flynn, Judge.

PER CURIAM

Reversed and remanded. *Easton v. SAIF*, 264 Or App 147, 148-49, 331 P3d 1035 (2014); *SAIF v. Carlos-Macias*, 262 Or App 629, 636, 325 P3d 827 (2014).